**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**THE QUERCUS TRUST BY DAVID
GELBAUM, TRUSTEE**                                                      **PLAINTIFF**

**VS.**                                          **NO. 4:09CV00314 JMM**

**THERMOENERGY CORPORATION**                              **DEFENDANT**

**ORDER**

Pursuant to the Stipulation for dismissal with prejudice filed by the parties, docket # 10,

Plaintiff's case is hereby dismissed with prejudice.  Each party will bear their own costs and

attorneys' fees.

IT IS SO ORDERED this 28th day of September, 2009.

James M. Moody
United States District Judge